**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas John BACH, II, Defendant–**
**Appellant.**

**No. 12–10543**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 11, 2012.

Tiffany H. Eggers, Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randall Lockhart, Thomas John Bach, II, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

---

Before CARNES, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Thomas John Bach, II, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bach's conviction and sentence are **AFFIRMED.**